SHANNON L. GUSTAFSON (SBN 228856)
sgustafson@lynberg.com
ANITA K. CLARKE (SBN 321015)
aclarke@lynberg.com
AMY R. MARGOLIES (SBN 283471)
amargolies@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, ALEC RAMIREZ, SCOTT ABERNATHY, NICHOLAS BACA and CODY BLACKWELL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC TRIONFI,<br><br>        Plaintiff,<br><br>    vs.<br><br>BIG BEAR CITY, a public entity, SAN BERNARDINO COUNTY, a public entity, SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, a public entity, ALEC RAMIREZ, individually and as a Deputy Sheriff, CODY BLACKWELL, individually and as a Deputy Sheriff, NICHOLAS BACA, individually and as a Deputy Sheriff, SCOTT ABERNATHY, individually and as a DEPUTY SHERIFF, and DOES 1-100<br><br>        Defendants. | CASE NO. 5:24-cv-01880<br><br>**NOTICE OF REMOVAL OF ACTION BY DEFENDANTS PURSUANT TO 28 U.S.C. § 1441(a) (FEDERAL QUESTION JURISDICTION)**<br><br>[Removed from San Bernardino County Superior Court Case No. CIVSB2328364]<br><br>[Federal Question Jurisdiction: 28 U.S.C. § 1331: Removal: 28 U.S.C. § 1441, 1446; Supplemental Jurisdiction: 28 U.S.C. § 1367]<br><br>[Civil Case Cover Sheet and Certificate of Interested Parties Filed Concurrently Herewith] |

**1**

**TO THE CLERK OF THE ABOVE-REFERENCED COURT:**

**PLEASE TAKE NOTICE** that on this date, based on the allegations of ERIC TRIONFI's ("Plaintiff") Complaint for Damages, Defendant COUNTY OF SAN BERNARDINO, ALEC RAMIREZ, CODY BLACKWELL, NICHOLAS BACA, SCOTT ABERNATHY, and SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT (collectively "County Defendants"), hereby remove the above-entitled action from the Superior Court of the State of California for the County of San Bernardino to the United States District Court for the Central District of California, Eastern Division, pursuant to 28 U.S.C. § 1331, 1367, 1441, and 1446. Defendants remove this civil action based on the following:

1.    On or about November 27, 2023, Plaintiff commenced this action in the Superior Court of the State of California for the County of San Bernardino, Case No. CIVSB2328364, entitled *Eric Trionfi v. County of San Bernardino, et al.*  A conformed copy of the Complaint for Damages that was filed on November 27, 2023 is attached hereto as "Exhibit A."

2.    On or about May 9, 2024, the Superior Court issued and filed a Summons on Plaintiff's Complaint for Damages.  The Summons is attached hereto as "Exhibit B."

3.    Plaintiff personally served Defendant COUNTY OF SAN BERNARDINO, ALEC RAMIREZ, CODY BLACKWELL, NICHOLAS BACA, SCOTT ABERNATHY, and SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT on August 6, 2024.

4.    The Proof of Service of Summons memorializing service on the County of San Bernardino is attached hereto as "Exhibit C."

5.    Plaintiff personally served Defendant ALEC RAMIREZ on August 6, 2024.  Proof of Service of Summons memorializing service on Defendant Ramirez is attached hereto as "Exhibit D."

6.    Plaintiff personally served Defendant CODY BLACKWELL on August

6, 2024.   Proof of Service of Summons memorializing service on Defendant Blackwell is attached hereto as "Exhibit E."

7.   Plaintiff personally served Defendant NICHOLAS BACA on August 6, 2024.  Proof of Service of Summons memorializing service on Defendant Baca is attached hereto as "Exhibit F."

8.   Plaintiff personally served Defendant SCOTT ABERNATHY on August 6, 2024.   Proof of Service of Summons memorializing service on Defendant Abernathy is attached hereto as "Exhibit G."

9.   Plaintiff personally served Defendant SAN BERNARDIONO COUNTY SHERIFF'S DEPARTMENT on August 6, 2024.  Proof of Service of Summons memorializing service on Defendant San Bernardino County Sheriff's Department is attached hereto as "Exhibit H."

10.   To County Defendants' knowledge, Big Bear City has not been served as there has been no proof of service filed in the Superior Court nor has the City responded to the state court action in any manner.  As an unserved Defendant their consent is not required for removal.

11.   Plaintiff's Complaint for Damages alleges the following causes of action: (1) Battery; (2) False Arrest; (3) Negligence; (4) Violation of Civil Rights for Unreasonable Seizure of Person; (5) Violation of Bane Act; (6) Violation of California Constitution; and (7) Defamation.  (*See generally*, Complaint for Damages "Exhibit A").

12.   The first date upon which the County Defendants received service of process was on August 6, 2024, as discussed in Paragraph 3, above.  Removal on behalf of the Defendants is timely under 28 U.S.C. § 1446(b) because this Notice of Removal was filed within 30 days of August 6, 2024.

13.   This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one which may be removed to this Court by County

Defendants pursuant to the provisions of 28 U.S.C. § 1441, in that it arises under the United States Constitution and federal statutes.  Specifically, as indicated, Plaintiff's Fourth Claim seeks relief pursuant to the federal constitution Fourth Amendment and Plaintiff further states his claims are for violations of Plaintiff's rights under the Constitutions of the United States and the State of California.  (Complaint ¶¶ 25, 55, 56, 57, 58, and 59).  The causes of action are appropriately subject to removal.  *See*, 28 U.S.C. §§ 1331, 1441.

14.    In addition, Plaintiff's first, second, third, fifth, sixth, and seventh claims all seek relief pursuant to California law against the County Defendants.  (*See generally*, Complaint for Damages "Exhibit A").  These causes of action are removable under the Court's supplemental jurisdiction pursuant to 28 U.S.C. § 1367. *See Brady v. Brown*, 51 F.3d 810, 816 (9th Cir. 1995) ("Pendent jurisdiction over state claims exists when the federal claim is sufficiently substantial to confer federal jurisdiction, and there is 'a common nucleus of operative fact between the state and federal claims'. . . The decision to retain jurisdiction over state law claims is within the district court's discretion, weighing factors such as economy, convenience, fairness, and comity.") (internal citations omitted).

15.    Removal to this Court is proper under 28 U.S.C. § 1441 because the Complaint for Damages was filed in the Superior Court of the State of California for the County of San Bernardino, and this U.S. District Court for the Central District of California in the Eastern Division is the U.S. District Court for the district and division in which this action is pending.

16.    The jurisdictional allegations of this Notice were true at the time the state court action was commenced against County Defendants and remain true as of the date of filing of this Notice of Removal.

17.    To the best of County Defendants' knowledge, there are currently no related cases pending in this Court.  However, there is a related case in Superior Court

against the same Defendants, Case No. CIVSB2328361, entitled *Robert Trionfi v. County of San Bernardino, et al.* which is being concurrently removed with this case in a separate notice of removal.

18.    There are no other named and served Defendants for whom consent is required for this removal. All served Defendants consent to this removal. *See* 42 U.S.C. § 1446(b)(2)(C).

19.    A copy of this Notice of Removal will be filed with the Superior Court of the State of California for the County of San Bernardino and served upon Plaintiff (through his attorney of record) as required by 28 U.S.C. § 1446(d), and an appropriate notice of compliance with 28 U.S.C. § 1446(d) also shall be served and filed in the above-entitled Court.

20.    By virtue of this Notice of Removal, County Defendants do not waive their rights to assert any claims, defenses, or other motions permitted under the Federal Rules of Civil Procedure. Further, Defendants reserve the right to submit additional evidence and assert supplemental grounds in support of removal as appropriate in future circumstances.

21.    Accordingly, this action is subject to removal from state to federal court, and County Defendants respectfully request that this civil action be removed from the Superior Court of the State of California, County of San Bernardino, to the United States District Court for the Central District of California.

22.    Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, orders, and other papers or exhibits of every kind filed and/or served on County Defendants, or otherwise available on the docket in the state court action are attached here, as follows:

(1)    Exhibit A – Complaint for Damages, filed November 27, 2023

(2)    Exhibit B – Summons, issued and filed May 9, 2024,

(3)    Exhibit C – Proof of Service of Summons and Complaint served on Defendant County on August 6, 2024,

(4)  Exhibit D – Proof of Service of Summons and Complaint served on Defendant Alec Ramirez on August 6, 2024,

(5)  Exhibit E – Proof of Service of Summons and Complaint served on Defendant Cody Blackwell on August 6, 2024,

(6)  Exhibit F – Proof of Service of Summons and Complaint served on Defendant Nicholas Baca on August 6, 2024,

(7)  Exhibit G – Proof of Service of Summons and Complaint served on Defendant Scott Abernathy on August 6, 2024,

(8)  Exhibit H – Proof of Service of Summons and Complaint served on Defendant San Bernardino County Sheriff's Department on August 6, 2024,

(9)  Exhibit I – Superior Court of San Bernardino Civil Case Cover Sheet filed November 27, 2023,

(10)  Exhibit J – Notice of Trial Setting Conference and Notice of Case Assignment, filed on November 27, 2023,

(11)  Exhibit K – Notice of Return of Document, filed November 27, 2023,

(12)  Exhibit L – Minute Order Setting OSC Re: Dismissal, dated May 28, 2024.

(13)  Exhibit M – Order on Court Fee Waiver, filed November 27, 2024.

23.  Additionally, pursuant to Central District Local Rule 3.1, a completed Civil Case Cover Sheet and Certificate of Interested Parties have been filed with the Court.  Pursuant to Local Rule 83-1.3.1 a Notice of Related Cases has been filed.

DATED:  September 4, 2024

**LYNBERG & WATKINS**
A Professional Corporation

By: */s/ Anita K. Clarke*
**SHANNON L. GUSTAFSON**
**ANITA K. CLARKE**
**AMY R. MARGOLIES**
Attorneys for Defendants,
COUNTY OF SAN BERNARDINO,
SAN BERNARDINO COUNTY
SHERIFF'S DEPARTMENT, ALEC
RAMIREZ, SCOTT ABERNATHY,
NICHOLAS BACA and CODY
BLACKWELL

**7**
**NOTICE OF REMOVAL**

# EXHIBIT A

Eugene Carson, Esq. [SBN: 236559]
**THE CARSON LAW FIRM**
3890 11TH Street, #500
Riverside, CA 92501
O: (951) 384-5860
F: (888) 449-0561
Email: thecarsonlaw@gmail.com

Attorneys for Plaintiff,
Eric Trionfi

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO CIVIL DIVISION

NOV 2 7 2023

BY
VERONICA GONZALEZ, DEPUTY

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF SAN BERNARDINO**

| | |
|---|---|
| ERIC TRIONFI,<br><br>                    Plaintiff,<br><br>          v.<br><br>BIG BEAR CITY, a public entity, SAN BERNARDINO COUNTY, a public entity, SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, a public entity, ALEC RAMIREZ, individually and as a Deputy Sheriff, CODY BLACKWELL, individually and as a Deputy Sheriff, NICHOLAS BACA, individually and as a Deputy Sheriff, SCOTT ABERNATHY, individually and as a DEPUTY SHERIFF, and DOES 1-100<br><br>                    Defendants. | Case No. **CIV SB 2328364**<br><br>**COMPLAINT OF PLAINTIFF ERIC TRIONFI FOR:**<br><br>**COMPLAINT FOR DAMAGES**<br><br>1. **BATTERY (CA GOV. CODE §§ 815.2 and 820)**<br>2. **FALSE ARREST (CA GOV. CODE §§ 815.2 and 820)**<br>3. **NEGLIGENCE (CA GOV. CODE §§ 815.2 and 820)**<br>4. **VIOLATION OF CIVIL RIGHTS- CAUSING INJURY:**<br>5. **VIOLATION OF BANE ACT (CAL. CIV. CODE§ 52.1)**<br>6. **VIOLATION OF CALIFORNIA CONSTITUTION**<br>7. **DEFAMATION** |

1

**COMPLAINT FOR DAMAGES**

PLAINTIFF, ERIC TRIONFI, alleges as follows:

## VENUE AND JURISDICTION

1. Jurisdiction is proper in the Superior Court of the State of California, for the County of San Bernardino, in that the underlying acts, omissions, injuries and related facts and circumstances upon which the present action is based occurred in Big Bear City, California, at or near 277 S. Greenspot Boulevard, Big Bear City, CA 92314 within the boundaries of this court. Venue is proper in this Court because at least one of the named Defendants herein reside within this judicial district and/or Defendant's principal place of business/ headquarters is located within this judicial district.

## PARTIES

2. Plaintiff, Eric Trionfi, (hereinafter, also 'Plaintiff') is and at all times mentioned in this complaint was residing in Big Bear City, County of San Bernardino, State of California.

3. Plaintiff is informed and believe and thereon allege that Defendant Big Bear City was at all times mentioned in this complaint a public entity and municipality located in the County of San Bernardino, State of California, organized and existing under the laws of the State of California, with the capacity to sue and to be sued, with a law enforcement department or division commonly referred to as ("San Bernardino County Sheriff's Department ("SBSD"). Defendant Big Bear City and Defendant SBSD were at all times mentioned in this complaint acting under color of state law. Defendant Big Bear City and Defendant SBSD were at all times mentioned the employer and supervisor of the officer defendants sued herein, including those sued as unknown DOE defendants, and are and were responsible and vicariously liable for the wrongful acts and omissions of its employees, officers, representatives and agents committed within the course and scope of employment and agency as alleged herein.

4. SAN BERNARDINO COUNTY is and was a public entity, duly organized and existing under and by virtue of the laws of the state of California.

2

**COMPLAINT FOR DAMAGES**

5. Plaintiffs are informed and believe and thereon allege that Defendant ALEC RAMIREZ ("Deputy RAMIREZ") is, and was at all times mentioned in this complaint, a deputy sheriff employed by Defendants Big Bear City, San Bernardino County and San Bernardino County Sheriff's Department and at all times was acting in the course and scope of his employment and acting under color of state law and the authority invested in him by Defendants Big Bear City, San Bernardino County, and San Bernardino Sheriff's Department. Defendant RAMIREZ is sued in his official and personal capacity.

6. Plaintiffs are informed and believe and thereon allege that Defendant CODY BLACKWELL ("Deputy Blackwell") is, and was at all times mentioned in this complaint, a deputy sheriff employed by Defendants Big Bear City, San Bernardino County and San Bernardino County Sheriff's Department and at all times was acting in the course and scope of his employment and acting under color of state law and the authority invested in him by Defendants Big Bear City, San Bernardino County, and San Bernardino Sheriff's Department. Defendant Blackwell is sued in his official and personal capacity.

7. Plaintiffs are informed and believe and thereon allege that Defendant NICHOLAS BACA ("Deputy BACA") is, and was at all times mentioned in this complaint, a deputy sheriff employed by Defendants Big Bear City, San Bernardino County and San Bernardino County Sheriff's Department and at all times was acting in the course and scope of his employment and acting under color of state law and the authority invested in him by Defendants Big Bear City, San Bernardino County, and San Bernardino Sheriff's Department. Defendant BACA is sued in his official and personal capacity.

8. Plaintiffs are informed and believe and thereon allege that Defendant SCOTT ABERNATHY ("Deputy ABERNATHY") is, and was at all times mentioned in this complaint, a deputy sheriff employed by Defendants Big Bear City, San Bernardino County and San Bernardino County Sheriff's Department and at all times was acting in the course and scope of his employment and acting under color of state law and the

3

COMPLAINT FOR DAMAGES

authority invested in him by Defendants Big Bear City, San Bernardino County, and San Bernardino Sheriff's Department.  Defendant ABERNATHY is sued in his official and personal capacity.

9.  At all times relevant defendant officers and others acting in concert with them were wearing SBSD uniforms and driving in SBSD marked patrol vehicles and Plaintiffs are informed and believe that they were on duty and acting under the supervision, control or command of one of the named defendants or other unknown SBSD officers sued as DOE defendants who are somehow responsible for their acts or injuries to Plaintiffs herein.

10. Plaintiff is informed and believes, and alleges thereon, that at all times relevant hereto, Defendants Ramirez, Blackwell, Baca, Abernathy, and DOES 1 through 100, were residents of the County of San Bernardino, and at all times mentioned herein were acting under color of law, to wit, under the color of the statues, ordinances, regulations, policies, customs and usages of defendants BIG BEAR CITY,  SAN BERNARDINO COUNTY and SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT and under the color of the statutes, regulations, policies of the State of California. Said defendants were acting within their capacity as employee, agent, representative and servant of the defendant Big Bear City and SAN BERNARDINO COUNTY.

11. Defendants Ramirez, Blackwell, Baca, and Abernathy, as duly sworn peace officers, were specifically authorized by defendants Big Bear City and SAN BERNARDINO COUNTY and its Sheriff's department to perform the duties and responsibilities of sworn Sheriff's deputies of the COUNTY OF SAN BERNARDINO, and all acts hereinafter complained of were performed by them within the course and scope of their duties as Sheriff's deputies for defendant Big Bear City and SAN BERNARDINO COUNTY and as officials for defendant Big Bear City and SAN BERNARDINO COUNTY and its Sheriff's department. Defendants Ramirez, Blackwell, Baca, and Abernathy and DOES 1 through 100 are also sued herein in their individual capacity and in their official capacity as peace officers of Big Bear City, COUNTY OF SAN BERNARDINO and the SAN

4

COMPLAINT FOR DAMAGES

BERNARDINO COUNTY'S SHERIFF'S DEPARTMENT. Said defendant Big Bear City, SAN BERNARDINO COUNTY and its Sheriff's department either encouraged, assisted, ratified and/or with deliberate indifference failed to prevent all of the acts and omissions complained of herein.

12. The plaintiff is ignorant of the true names and capacities of defendants sued herein as DOES 1 through 100, and therefore sue these defendants by such fictitious names. Plaintiff will amend this complaint to allege said defendant's true names and capacities when ascertained. Plaintiff is informed and believes and thereon allege that each of the fictitiously named defendants are responsible in some manner for occurrences herein alleged, and that Plaintiff's injuries as herein alleged were proximately caused by the acts and/or omissions of said fictitiously named defendants.

13. Defendant DOES 1 through 100 were also duly appointed deputies, sergeants, lieutenants, detectives, or other officers, officials, executives and/or policymakers of the SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, a department and subdivision of defendant SAN BERNARDINO COUNTY, and at all times mentioned herein said defendants were acting in the scope of their employment with defendant SAN BERNARDINO COUNTY and Big Bear City which is liable under the doctrine of Respondeat Superior pursuant to section 815.2 of the *California Government Code*.

14. Said fictitiously Doe Defendants are so identified pursuant to *California Code of Civil Procedure* §474, California Governmental Code §950.4, and the decisions in, *e.g.*, *Merritt v. County of Los Angeles*, 875 F.2d 765, 768 (9th Cir. 1989)(citing *cabrales v. County of Los Angeles*, 864 F.2d 1454, 1463 (9th Cir. 1988)). And *Motley v. Parks*, 198 F.R.D. 532,534-535 (C.D.Cal. 2000), *see also Olden v. Hatchell*, 154 Cal. App.3d 1032, 1037-1038, 201 Cal.Rptr. 715, 719-720 (1984)(Cal. Civ. Pro. Code §474 applicable to government employee defendants.) Said Defendants are sued in, and only in, their individual capacities pursuant to, *inter alia, Hafer v. Melo*, 520 U.S. 21, 31, 112 S. Ct. 358, 365, 116 L.Ed.2d 301 (1991)("We hold the state officials, sued in their individual

5

**COMPLAINT FOR DAMAGES**

capacities, and 'persons' within the meaning of §1983. The Eleventh Amendment does not bar such suits, nor are officers absolutely immune from individual liability under §1983 solely by virtue of the 'official' nature of their acts.").

15. In performing and engaging in the acts alleged herein, each individual Defendant was acting under color of law, to wit, under the statutes of the State of California and the ordinances, regulations, customs, practices of the State of California, County of SAN BERNARDINO, and Sheriff's Department.

16. The fictitious defendants, together with the named defendants, are responsible for the unlawful conduct hereinafter alleged, which actually caused, proximately caused, or was a substantial factor in causing the injuries and loss to plaintiff as hereinafter set forth. Because of the unlawful conduct of the defendants and the DOES, the plaintiff is entitled to money damages as compensation.

## PRELIMINARY ALLEGATIONS

17. At all times relevant to the facts alleged herein, Defendants RAMIREZ, BLACKWELL, BACA, ABERNATHY, and including Does 1 through 100 who were duly appointed, qualified and acting officers, employees, and/or agents of Big Bear City, SAN BERNARDINO COUNTY and Sheriff's department, employed by such Defendants, and acting within the course and scope of their employment and/or agency and under color of state law.

18. Each of the Defendants and Doe Defendants caused and is responsible for the unlawful conduct and result by acting jointly and in concert with others who did so by authorizing, acquiescing, condoning, acting, omitting or failing to take action to prevent the unlawful conduct by promulgating or failing to promulgate policies and procedures pursuant to which the unlawful conduct occurred; by failing to maintain proper and adequate procedures and protocols; and by ratifying and condoning the unlawful conduct performed by agents and officers, deputies, medical staff, and employees under their direction and control.

6

**COMPLAINT FOR DAMAGES**

19. Whenever and wherever reference is made in this Complaint to any act by Defendants and Doe Defendants, such allegations and references shall also be deemed to mean the acts and failures to act of each Defendant individually, jointly, or severally.

## FACTUAL ALLEGATIONS

20. On or about November 26, 2022, Defendants, and each of them caused Plaintiff's physical, mental and emotional injuries as a result of the unlawful physical force used against him at 277 S. Greenspot Boulevard, Big Bear City, CA 92314.

21. At the above-identified date, and at or near the above-identified location, Plaintiff's home was illegally searched and seized via an unlawful warrant secured by individual Defendants, and DOES 1 through 100, all of whom were acting in their capacity as Sheriff's deputies with the SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT. Additionally, pursuant to such unlawful warrant, Plaintiff was falsely and forcibly arrested and detained for several months.

22. Notwithstanding the confrontation based upon the illegal warrant, Plaintiff exercised his due process and civil rights to continue to be secure in his own home and go about his business. The Sheriff's Deputies thereafter used unlawful force against Plaintiff.

23. Said Defendants, and each of them, and Does 1 through 100 physically restrained and/or otherwise struck and came into offensive contact with PLAINTIFF without provocation, cause or necessity. Accordingly, this attack upon Plaintiff was unjustified and this use of force was unwarranted and excessive under the circumstances.

24. Defendants, and each of them, failed to employ the correct investigative procedures and/or improperly identified plaintiff and falsely accused plaintiff for crimes that he was not involved.

25. The foregoing actions caused a violation of Plaintiff's rights under the Constitutions of the United States and of the State of California to be secure in his person from unreasonable seizures, and to be free from unusual punishment.

7

**COMPLAINT FOR DAMAGES**

26. The foregoing actions further caused a violation of Plaintiff's civil and due process rights as recognized under the Constitutions of the United States and/or of the State of California, as well as federal, state, and local laws.

## GOVERNMENT TORT CLAIM

27. On or about May 26, 2023 Plaintiff caused his claim to be delivered to Defendant SAN BERNARDINO COUNTY and BIG BEAR CITY, and/or its City Clerk, for the injuries, disability, losses, and damages suffered and incurred by them by reason of the above-described occurrence involving the SBSD deputies involved in the unlawful search and seizure on Plaintiff on November 26, 2022, in compliance with the requirements of Govt. Code § 905.

28. On or about June 6, 2023, Defendant SAN BERNARDINO COUNTY provided notice to Plaintiff stating that his claim was deemed rejected.

## FIRST CAUSE OF ACTION

**(Battery Against All Defendants and Does 1 to 100 inclusive does 1-100, Inclusive)**

29. Plaintiff repeats and realleges each and every allegation of paragraphs 1 through 28 as though fully set forth herein.

30. At the time and places herein above alleged, defendants RAMIREZ, BLACKWELL, BACA, ABERNATHY, and DOES 1 through 100, without just and legal cause, and without provocation, detained and held against his will and otherwise struck Plaintiff and used physical force on Plaintiff's person, thereby, causing needless severe and permanent physical and psychological injuries.

31. Said harmful and offensive contact, was unlawful, and intentionally committed by said defendants and was willful, wanton, malicious and oppressive thereby justifying the awarding of exemplary and punitive damages as to each of these individual defendants.

32. Said batteries were not consented to by the present plaintiff and was the proximate cause of the injuries complained of herein.

8

COMPLAINT FOR DAMAGES

33. Defendants Big Bear City and SAN BERNARDINO COUNTY are vicariously liable for the wrongful acts of Defendants RAMIREZ, BLACKWELL, BACA, ABERNATHY, and DOES 1 through 100, pursuant to § 815.2(a) of the *California Government Code,* which provides that a public entity is liable for the injuries caused by its employees within the scope of employment if the employee's act would subject him or her to liability.

34. The conduct of Defendants RAMIREZ, BLACKWELL, BACA, ABERNATHY, and DOES 1 through 100, was wanton, willful, deliberate, and in conscious disregard of the rights of PLAINTIFF, and was undertaken with the intent to cause PLAINTIFF injury and constitutes malice, actual, express and implied. Accordingly, PLAINTIFF is entitled to an award of exemplary damages, pursuant to the terms of California Civil Code Section 3294, against said Defendants in a sum to be established at trial sufficient to deter future similar conduct.

## SECOND CAUSE OF ACTION

### (False Arrest Against All Defendants and Does 1 to 100 inclusive does 1-100, Inclusive)

35. Plaintiff repeats and realleges each and every allegation of paragraphs 1 through 34 as though fully set forth herein.

36. On or about November 26, 2022, Defendants RAMIREZ, BLACKWELL, BACA, ABERNATHY, and DOES 1 through 100, intentionally caused Plaintiff to be wrongfully arrested pursuant to a falsified search warrant and unlawful search of his residence at 277 S. Greenspot Boulevard, Big Bear City, CA 92314 (hereinafter the "Greenspot Residence).

37. Specifically, Defendants RAMIREZ, BLACKWELL, BACA, ABERNATHY, and DOES 1 through 100, utilized false statements and material omissions of fact in the warrant affidavit in order to obtain a search warrant for the Greenspot Residence without probable cause, including, *inter alia* that the Greenspot Residence was the home of

9

COMPLAINT FOR DAMAGES

another person that Defendants, only, and each of them, had arrested, but, which person had no connection to Plaintiff.

38. When Defendants RAMIREZ, BLACKWELL, BACA, ABERNATHY, and DOES 1 through 100, provided such false testimony in the warrant affidavit, they knew of its falsity in that the allegations stated against Plaintiff were fabricated and stated with reckless disregard of the truth so as to constitute actual malice. But for the extremely misleading warrant affidavit, Defendants, and each of them, had no justifable and/or legal grounds to enter into, and search, the Greenspot Residence.

39. As a direct and proximate result of the unlawful arrest perpetrated Defendants RAMIREZ, BLACKWELL, BACA, ABERNATHY, and DOES 1 through 100, as alleged above, Plaintiff suffered significant physical, emotional, and mental harm and injuries. Plaintiff was forcibly arrested and unlawfully detained and jailed.

40. The conduct of Defendants RAMIREZ, BLACKWELL, BACA, ABERNATHY, and DOES 1 through 100, in falsifying the warrant affidavit, and, thereafter, wrongfully arresting Plaintiff was a substantial factor in causing Plaintiff's harm and injuries.

41. Defendants Big Bear City and SAN BERNARDINO COUNTY are vicariously liable for the wrongful acts of Defendants RAMIREZ, BLACKWELL, BACA, ABERNATHY, and DOES 1 through 100, pursuant to § 815.2(a) of the *California Government Code*, which provides that a public entity is liable for the injuries caused by its employees within the scope of employment if the employee's act would subject him or her to liability.

42. The conduct of Defendants RAMIREZ, BLACKWELL, BACA, ABERNATHY, and DOES 1 through 100, was wanton, willful, deliberate, and in conscious disregard of the rights of PLAINTIFF, and was undertaken with the intent to cause PLAINTIFF injury and constitutes malice, actual, express and implied. Accordingly, PLAINTIFF is entitled to an award of exemplary damages, pursuant to the terms of California Civil Code

10

COMPLAINT FOR DAMAGES

Section 3294, against said Defendants, only, in a sum to be established at trial sufficient to deter future similar conduct.

## THIRD CAUSE OF ACTION

### (Negligence Against All Defendants and Does 1 to 100 inclusive)

43. Plaintiff repeats and realleges each and every allegation of paragraphs 1 through 42 as though fully set forth herein.

44. Plaintiff is informed and believes and thereon alleges that on the date and time and places alleged above, defendants RAMIREZ, BLACKWELL, BACA, ABERNATHY, and DOES 1 through 100 did negligently, violently and without due care, and without cause or provocation unlawfully restrain and or strike, detain, and otherwise batter plaintiff.

45. Deputy Defendants and each of them negligently and/or improperly identified Plaintiff, or else falsely targeted, confronted, and accused, Plaintiff of purported crimes which he did not commit, or for which he was not involved.

46. The battery occurred as a result of the absence of due care for the safety of others and constituted an unreasonable, unwarranted and excessive use of force and manifested an unreasonable risk of injury to Plaintiff.

47. Plaintiff is informed and believes, and thereon alleges, that at all times relevant herein, Big Bear City entered into a contract with San Bernardino County and the SBSD to provide local and City law enforcement services within Big Bear City. Accordingly, at all times relevant herein, in performing the acts alleged above, the SBSD was acting as a mere local, city, and County law enforcement agency/ police department of Big Bear City and the County of San Bernardino, and not as a State Actor of the State of California.

48. Defendants Big Bear City and SAN BERNARDINO COUNTY are directly liable and responsible for the negligent acts of said Deputy defendants because defendants Big Bear City and SAN BERNARDINO COUNTY negligently failed to adequately supervise, provide the proper and special training necessary for the duties they could foreseeably be expected to perform in the course of employment, discipline or in any other way control

11

COMPLAINT FOR DAMAGES

Defendants RAMIREZ, BLACKWELL, BACA, ABERNATHY and DOES 1 through 100 in the exercise of their unlawful use of excessive and lethal force.

49. Plaintiff is informed and believes and thereon alleges that prior to the incident alleged herein, and subsequent hereto, Defendants knew or reasonably should have known, that the deputies, officers, and supervisors employed by Big Bear City and SAN BERNARDINO COUNTY in the course and scope of their employment under color of law, committed similar acts of using unreasonable force, ignoring public safety concerns in violation of the Plaintiff's constitutional rights, which wrongful conduct resulted Plaintiff being arrested and wrongfully detained in custody.

50. Further and additionally, Defendants became aware, or should have become aware, and should have taken corrective measures to prevent both this incident and/or repeated incidents of supervisors failing to supervise subordinates who were derelict in their duties and responsibilities and deliberately indifferent as set forth above and to: (1) the necessity to use procedures in investigating and effectuating reasonable arrests and prosecutions; (2) incidents of deputies and/ or officers performing unreasonable investigations and unreasonable and unjustified and wrongful arrests; (3) incidents of deputies and or officers making improper citizen contact; (4) incidents of deputies and supervisors adhering to a "code of silence" resulting in failures to report deputies, supervisors, and employee wrongful and unconstitutional conduct; (5) incidents of failing to conduct investigations or conducting shoddy investigations of incidents; (6) ratifying wrongful conduct by deputies and supervisors that result in serious injuries or wrongful arrests of citizens, civil litigation, judgments, and settlements by failing to implement corrective actions to prevent repetition of ongoing wrongful conduct; (7) incidents of lax or lack of supervision and training; (8) incidents that supervisors were not reporting to their supervisors as necessary or required of their duties and responsibilities; (9) department wide incidents in which minorities and/or persons deemed of poor financial status were improperly targeted and profiled for purported crimes which they did not commit or in

12

**COMPLAINT FOR DAMAGES**

which they had no involvement; and (10) department wide incidents in which minorities and/or persons deemed of poor financial status were improperly targeted and profiled as violent offenders for purposes of being subjected to excessive force.

51. Plaintiff is further informed and believes, and alleges thereon, that at all times herein mentioned, all named Defendants, as well as Does 1 through 100, and each of them, negligently adopted, promulgated, and/or maintained customs or practices that posed a substantial and foreseeable risk of serious harm to citizens in Plaintiff's situation and each defendant knew or, by law, should have known, that the following custom or practice posed this risk of harm: (1) inadequate supervision and training of officers, deputies, and employees, especially with regard to citizen contact and proper arrest investigation and suspect identification procedures; (2) failure to prevent unreasonable and unjustified arrests; (3) failure to supervise, investigate, and take corrective actions in incidents of unreasonable and unjustified arrests causing unconstitutional deprivations of liberty; (4) condoning lax supervision of officer misconduct, unconstitutional conduct, and/or dereliction of duty; (5) condoning lax supervision by supervisors who fail to report or investigate officers and other supervisors wrongful, unconstitutional, or dereliction of duty; (6) condoning lax supervision by supervisors who fail to take preventative measures to protect the safety of the citizens; (7) ratifying wrongful conduct by deputies, officers, and/or supervisors that results in unreasonable and unjustified arrests and repetition of the wrongful conduct; (8) failure to implement competent and/or appropriate policies and procedures regarding citizen contact and arrest procedures; (9) failure to enforce policies and procedures regarding citizen contract and reasonable arrest; (10) failure to comply with policies and procedures regarding citizen contact and reasonable arrests; (11) improperly targeting and profiling minorities, and/or persons deemed of poor financial status, for purported crimes which they did not commit or in which they had no involvement; and (12) improperly targeting and profiling minorities, and/or persons

13

**COMPLAINT FOR DAMAGES**

deemed of poor financial status, as violent offenders for the purposes of using excessive force.

52. Plaintiff is further informed and believes, and thereon alleges, that Defendants RAMIREZ, BLACKWELL, BACA, ABERNATHY and DOES 1 through 100, each had a history and propensity for acts of the nature complained herein and manifested such propensities prior to and during their employment and/or agency with Defendants Big Bear City, SAN BERNARDINO COUNTY and SBSD. Plaintiff contends and alleges that Defendant County, City, and/or Department, and Does 1-100, knew, or in the exercise of reasonable care should have known, of such prior history and propensity at the time such individuals were hired and/or during the time of their employment, and, in breach of their duty of care, Defendant County, City, and Department, and Does 1-100, negligently disregarded this knowledge, or otherwise acted with deliberate indifference of such knowledge, in hiring, retaining, and supervising Deputy Defendants, and in formulating policies, customs, and practices, in targeting and profiling minorities for crimes they did not commit, or had no involvement, and/or as violent offenders for the purposes of using excessive force.

53. Defendants Big Bear City and SAN BERNARDINO COUNTY are vicariously liable for the wrongful acts of Defendants RAMIREZ, BLACKWELL, BACA, ABERNATHY, and DOES 1 through 100, pursuant to § 815.2(a) of the *California Government Code*, which provides that a public entity is liable for the injuries caused by its employees within the scope of employment if the employee's act would subject him or her to liability.

54. As a proximate result of the negligent acts and omissions of Defendants, and each of them, as more fully set forth above, PLAINTIFF has suffered extreme and severe physical injury, mental anguish and pain and has been injured in mind and body, all to Plaintiff's general damage according to proof.

14

**COMPLAINT FOR DAMAGES**

## FOURTH CAUSE OF ACTION

### (Violation of Civil Rights for Unreasonable Seizure of Person Against Defendant Deputies RAMIREZ, BLACKWELL, BACA, ABERNATHY And does 1-100, Inclusive)

55. Plaintiff repeats and re-alleges each and every allegation of paragraphs 1 through 54 as though fully set forth herein.

56. Defendant Deputies wrongfully and illegally assaulted, arrested, and detained, Plaintiff.

57. The foregoing violated Plaintiff's right under the Fourth Amendment pursuant to 42 U.S.C. §1983, 1988, as well as Article 1, Section 17, of the California Constitution, to be secure in his person from unreasonable seizures.

58. As a direct and legal result of the foregoing, Plaintiff was injured and damaged, and these wrongful and illegal actions as set forth herein will continue to cause, plaintiff great physical, mental, and emotional pain and suffering, all to his general damage in a sum which will be proven at trial.

59. As a direct and legal result of the foregoing, Plaintiff was required to, and incurred general and special damages, attorney fees, and incidental expenses including prejudgment interest, as well as past and future loss of earnings. The exact amount of such expenses is presently unknown to Plaintiff, and plaintiff will seek leave to amend this complaint to set forth the exact amount thereof when the same has been ascertained.

## FIFTH CAUSE OF ACTION

### (Violation of Bane Act [Civ. Code §52.1] Against All Defendants and Does 1 to 100 inclusive does 1-100, Inclusive)

60. Plaintiff repeats and re-alleges each and every allegation of paragraphs 1 through 59 as though fully set forth herein.

61. At all relevant times, Defendants RAMIREZ, BLACKWELL, BACA, ABERNATHY, were working as deputies and police officers for Defendant Big Bear City, SAN

15

COMPLAINT FOR DAMAGES

BERNARDINO COUNTY, and SBSD, and acting within the course and scope of their duties, when they interfered with, and/or attempted to interfere with, by way of securing an unlawful warrant, intimidation, and coercion, and by assault with physical force, the exercise or enjoyment by PLAINTIFF of his rights secured by the Constitution or laws of the United States and of the rights secured by the California Constitution and the laws of California, as described more fully above; in violation of *Civ. Code* § 52.1.

62. PLAINTIFF reasonably believed that if he exercised his Constitutional rights to be free from unlawful search and seizure, and being assaulted by Defendants RAMIREZ, BLACKWELL, BACA, ABERNATHY, then said Defendant would and did commit acts involving violence, threats, coercion, and/or intimidation against him and/or his property.

63. All named Defendants, and each of them, are liable for said violations of Plaintiffs constitutional and statutory rights, pursuant to Civil Code § 52.1 and otherwise pursuant to the common law.

64. As a direct and proximate result of the actions of Defendants RAMIREZ, BLACKWELL, BACA, ABERNATHY, Plaintiff suffered severe physical injuries as well as emotional distress, including but not limited to, anxiety, humiliation, embarrassment, and shame.

65. The conduct of Defendants, and each of them, was a substantial factor in causing the harm, losses, injuries, and damages to Plaintiff.

66. Defendants Big Bear City and SAN BERNARDINO COUNTY are vicariously liable for the wrongful acts of Defendants RAMIREZ, BLACKWELL, BACA, ABERNATHY, and DOES 1 through 100, pursuant to § 815.2(a) of the *California Government Code*, which provides that a public entity is liable for the injuries caused by its employees within the scope of employment if the employee's act would subject him or her to liability.

67. The conduct of Defendants RAMIREZ, BLACKWELL, BACA, ABERNATHY, and DOES 1 through 100, was wanton, willful, deliberate, and in conscious disregard of the rights of PLAINTIFF, and was undertaken with the intent to cause PLAINTIFF injury

16

**COMPLAINT FOR DAMAGES**

and constitutes malice, actual, express and implied. Accordingly, PLAINTIFF is eentitled to an award of exemplary damages, pursuant to the terms of California Civil Code Section 3294, against Defendants in a sum to be established at trial sufficient to deter future similar conduct.

68. As a further legal result of these civil rights violatios, PLAINTIFF will seek the award of reasonable attorney's fees as provided under *Cal. Civil Code*§§ 52.1 and 52.l(h), in an award of reasonable attorney's fees as provided under Cal. Civil Code§§ 52.1 and 52.l(h), in an amount to be determined according to proof at trial.

## SIXTH CAUSE OF ACTION

**(Violation of California Constitution Against All Defendants and Does 1 to 100 inclusive)**

69. Plaintiff repeats and re-alleges each and every allegation of paragraphs 1 through 60 as though fully set forth herein.

70. The foregoing acts constitute a violation of California Constitution, Article 1, Section 17.

71. This Court is the proper Court because the cause of action occurred in its Jurisdiction.

## SEVENTH CAUSE OF ACTION

**(Defamation Against All Defendants and Does 1 to 100 inclusive)**

72. Plaintiff repeats and realleges each and every allegation of paragraphs 1 through 71 as though fully set forth herein.

73. As more fully alleged above, on or about November 26, 2022, Defendants RAMIREZ, BLACKWELL, BACA, ABERNATHY, and DOES 1 through 100, intentionally caused Plaintiff to be wrongfully arrested pursuant to a falsified search warrant and unlawful search of his residence at 277 S. Greenspot Boulevard, Big Bear City, CA 92314 (hereinafter the "Greenspot Residence).

74. Subject to such unlawful search and false arrest, Defendants RAMIREZ, BLACKWELL, BACA, ABERNATHY, and DOES 1 through 100, issued false and defamatory police reports which, *inter alia*, misrepresented that Plaintiff had committed various criminal acts. Plaintiff is informed and believes and, thereon alleges, that such false and

17

**COMPLAINT FOR DAMAGES**

defamatory police reports were circulated to third-parties who knew and understood that the false statements contained therein referred to Plaintiff. Plaintiff further alleges that Defendants, and each of them, posted Plaintiff's mug shot, police report, and/or facts pertaining to Plaintiff supposed arrest and crimes on the internet.

75. When Defendants RAMIREZ, BLACKWELL, BACA, ABERNATHY, and DOES 1 through 100, provided such defamatory statements regarding Plaintiff, they knew of the falsity of such statements, in that the allegations stated against Plaintiff were fabricated and stated with reckless disregard of the truth so as to constitute actual malice.

76. As a direct and proximate result of the defamation perpetrated by Defendants RAMIREZ, BLACKWELL, BACA, ABERNATHY, and DOES 1 through 100, as alleged above, Plaintiff suffered significant physical, emotional, and mental harm and injuries. Plaintiff was forcibly arrested and unlawfully detained and jailed.

77. The conduct of Defendants RAMIREZ, BLACKWELL, BACA, ABERNATHY, and DOES 1 through 100, in making such false and defamatory statements relating to Plaintiff was a substantial factor in causing Plaintiff's harm and injuries.

78. Defendants Big Bear City and SAN BERNARDINO COUNTY are vicariously liable for the wrongful acts of Defendants RAMIREZ, BLACKWELL, BACA, ABERNATHY, and DOES 1 through 100, pursuant to § 815.2(a) of the *California Government Code*, which provides that a public entity is liable for the injuries caused by its employees within the scope of employment if the employee's act would subject him or her to liability.

79. The conduct of Defendants RAMIREZ, BLACKWELL, BACA, ABERNATHY, and DOES 1 through 100, was wanton, willful, deliberate, and in conscious disregard of the rights of PLAINTIFF, and was undertaken with the intent to cause PLAINTIFF injury and constitutes malice, actual, express and implied. Accordingly, PLAINTIFF is entitled to an award of exemplary damages, pursuant to the terms of California Civil Code

18

**COMPLAINT FOR DAMAGES**

Section 3294, against said Defendants, only, in a sum to be established at trial sufficient to deter future similar conduct.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

1. Damages, both general and special, in a sum to be proven at time of trial against all Defendants and Doe defendants;

2. All medical and incidental expenses in a sum according to proof;

3. Punitive and exemplary damages against all individual defendants, including individual Doe defendants;

4. For reasonable attorney's fees as to all Defendants, pursuant to *California Civil Code* § 52.1(h) and as otherwise provided by law in a sum to be proven at trial or thereafter;

5. For civil monetary penalties assessed pursuant to *California Civil Code* § 52(b) of $25,000 per violation;

6. Costs of suit;

7. Costs incurred to post bail; and

8. For such other and further relief as the court deems just and proper.

Dated: November 24, 2023

THE CARSON LAW FIRM

EUGENE CARSON, ESQ.
ATTORNEY FOR PLAINTIFF

19

**COMPLAINT FOR DAMAGES**

# EXHIBIT B

# SUMMONS
## (CITACION JUDICIAL)

| | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

BIG BEAR CITY, a public entity, SAN BERNARDINO COUNTY, a public entity,
SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, a public entity, Alec Ramirez,
individually and as a Deputy Sheriff, Cody Blackwell, individually and as a
deputy sheriff, Nicholas Doca, individually and as a deputy sheriff, Scott Abernathy, individually and as a
deputy sheriff, and DOES 1-100

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
ERIC TRIONFI

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO CIVIL DIVISION

MAY - 9 2024

BY _____ VERONICA GONZALEZ, DEPUTY

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site *(www.lawhelpcalifornia.org)*, the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* | CASE NUMBER<br>*(Número del Caso)*<br>CIVSB2328364 |
|---|---|

SUPERIOR COURT OF THE STATE OF CALIFORNIA
247 W. 3RD STREET
SAN BERNARDINO, CA 92415

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
EUGENE CARSON 236559 THE CARSON LAW FIRM
3890 11TH STREET, #500 (951) 384-5860
RIVERSIDE, CA 92501

| DATE:<br>*(Fecha)* MAY -9 2024 | Clerk, by<br>*(Secretario)* _____ **VERONICA GONZALEZ** | , Deputy<br>*(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario* Proof of Service of Summons, *(POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*
    under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
    ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
    ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
    ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov |
|---|---|---|

Trionfi, Eric

# EXHIBIT C

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
EUGENE CARSON                                  236559
THE CARSON LAW FIRM
3890 11TH STREET, #500
RIVERSIDE, CA 92501
TELEPHONE NO.: (951) 384-5860    FAX NO. (Optional): (888) 449-0561
E-MAIL ADDRESS (Optional):    THECARSONLAW@GMAIL.COM
ATTORNEY FOR (Name): Eric Trionfi

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN BERNARDINO
STREET ADDRESS: 247 W. 3RD STREET
MAILING ADDRESS: SAME
CITY AND ZIP CODE: SAN BERNARDINO, CA 92415
BRANCH NAME: CIVIL

PLAINTIFF/PETITIONER: ERIC TRIONFI

DEFENDANT/RESPONDENT: BIG BEAR CITY, SAN BERNARDINO COUNTY, SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT,

| **PROOF OF SERVICE OF SUMMONS** | CASE NUMBER: CIVSB2328364 |
|---|---|

Ref. No. or File No.:

SAN BERNARDINO COUNTY CALIFORNIA  2024 AUG -6  PM 3:04  CLERK OF THE BOARD OF SUPERVISORS

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ summons
   b. ☒ complaint
   c. ☒ Alternative Dispute Resolution (ADR) package
   d. ☒ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☐ other *(specify documents)*:

3. a. Party served *(specify name of party as shown on documents served)*:

   Alicia Meza - Deputy Clerk, Clerk of the Board of Supervisors

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made)*(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:

   385 North Arrowhead Ave, San Bernardino CA 92415

5. I served the party *(check proper box)*
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 8/6/2024    (2) at *(time)*: 3:04 Pm
   b. ☐ **by substituted service.** On *(date)*:    at *(time)*:    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:    from *(city)*:    or ☐ a declaration of mailing is attached.
   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]    CEB Essential Forms  ceb.com

**PROOF OF SERVICE OF SUMMONS**    Code of Civil Procedure, § 417.10

Trionfi, Eric

| PLAINTIFF/PETITIONER: ERIC TRIONFI | CASE NUMBER:<br>CIVSB2328364 |
|---|---|
| DEFENDANT/RESPONDENT:BIG BEAR CITY, SAN BERNARDINO COUNTY, | |

5.  c.  ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
     (1)  on *(date)* :                                    (2)  from *(city)* :
     (3)  ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30.)
     (4)  ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
    d.  ☐ **by other means** *(specify means of service and authorizing code section)*:

     ☐ Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
    a.  ☐ as an individual defendant.
    b.  ☐ as the person sued under the fictitious name of *(specify)* :
    c.  ☐ as occupant.
    d.  ☒ On behalf of *(specify)* :
        under the following Code of Civil Procedure section:
        ☐ 416.10 (corporation)                          ☐ 415.95 (business organization, form unknown)
        ☐ 416.20 (defunct corporation)                  ☐ 416.60 (minor)
        ☐ 416.30 (joint stock company/association)      ☐ 416.70 (ward or conservatee)
        ☐ 416.40 (association or partnership)            ☐ 416.90 (authorized person)
        ☒ 416.50 (public entity)                         ☐ 415.46 (occupant)
                                                          ☐ other:

7.  **Person who served papers**
    a.  **Name:** Chanlor Culkin
    b.  **Address:** 3890 11th Street, #500, Riverside, CA 92501
    c.  **Telephone number:** 951.384.5860
    d.  **The fee for service was: $**
    e.  **I am:**
        (1)  ☒ not a registered California process server.
        (2)  ☐ exempt from registration under Business and Professions Code section 22350(b).
        (3)  ☐ registered California process server:
             (i)   ☐ owner    ☐ employee    ☐ independent contractor.
             (ii)  Registration No.:
             (iii) County:

8.  ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    **or**

9.  ☐ **I am a California sheriff or marshal and I** certify that the foregoing is true and correct.

Date: 8/6/2024

Chanlor Culkin
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ _____
                                    (SIGNATURE)

---

POS-010 [Rev. January 1, 2007]                **PROOF OF SERVICE OF SUMMONS**                              Page 2 of 2

CEB | Essential Forms
ceb.com                                                                     Trionfi, Eric

# SUMMONS
## (CITACION JUDICIAL)

**SUM-100**



FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO CIVIL DIVISION

MAY - 9 2024

BY _____
VERONICA GONZALEZ, DEPUTY

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

BIG BEAR CITY, a public entity, SAN BERNARDINO COUNTY, a public entity, SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, a public entity, Alec Ramirez, individually and as a Deputy Sheriff, Cody Blackwell, individually and as a deputy sheriff, Nicholas Beca, individually and as a deputy sheriff, Scott Abernathy, individually and as a deputy sheriff, and DOES 1-100

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

ERIC TRIONFI

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site *(www.lawhelpcalifornia.org)*, the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

**CASE NUMBER** *(Número del Caso):*
CIVSB2328364

SUPERIOR COURT OF THE STATE OF CALIFORNIA
247 W. 3RD STREET
SAN BERNARDINO, CA 92415

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
EUGENE CARSON 236559 THE CARSON LAW FIRM
3890 11TH STREET, #500  (951) 384-5860
RIVERSIDE, CA 92501

DATE:
*(Fecha)*    MAY - 9 2024    Clerk, by **VERONICA GONZALEZ**, Deputy
*(Secretario)*    *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

COPY

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* San Bernardino County, a public entity
    under: ☐ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
    ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
    ☒ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
    ☒ other *(specify):* CCP 416.50 (Public Entity)

4. ☒ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

CEB Essential Forms
ceb.com

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Trionfi, Eric

# EXHIBIT D

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

| | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

BIG BEAR CITY, a public entity, SAN BERNARDINO COUNTY, a public entity,
SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, a public entity, Alec Ramirez,
individually and as a Deputy Sheriff, Cody Blackwell, individually and as a
deputy sheriff, Nicholas Vaca, individually and as a deputy Sheriff, Scott Abernathy, individually and as a

**YOU ARE BEING SUED BY PLAINTIFF:** deputy sheriff, and DOES 1-100

*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

ERIC TRIONFI

RECEIVED
SAN BERNARDINO
CIVIL LIABILITIES

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO CIVIL DIVISION

2024 MAY -7 AM 8: 02

MAY - 9 2024

BY_____
VERONICA GONZALEZ, DEPUTY

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site *(www.lawhelpcalifornia.org)*, the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* | CASE NUMBER<br>*(Número del Caso):*<br>CIVSB2328364 |
|---|---|

SUPERIOR COURT OF THE STATE OF CALIFORNIA
247 W. 3RD STREET
SAN BERNARDINO, CA 92415

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

EUGENE CARSON 236559 THE CARSON LAW FIRM
3890 11TH STREET, #500 (951) 384-5860
RIVERSIDE, CA 92501

| DATE:<br>*(Fecha)* | MAY -9 2024 | Clerk, by<br>*(Secretario)* | VERONICA GONZALEZ | , Deputy<br>*(Adjunto)* |
|---|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]



1. ☒ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)  ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☒ by personal delivery on *(date):* 8/6/2024

Page 1 of 1

CEB Essential Forms
ceb.com

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Trionfi, Eric

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| EUGENE CARSON    236559<br>THE CARSON LAW FIRM<br>3890 11TH STREET, #500<br>RIVERSIDE, CA 92501<br>TELEPHONE NO.: (951) 384-5860    FAX NO. *(Optional)*: (888) 449-0561<br>E-MAIL ADDRESS *(Optional)*: THECARSONLAW@GMAIL.COM<br>ATTORNEY FOR *(Name)*: Eric Trionfi | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SAN BERNARDINO
STREET ADDRESS: 247 W. 3RD STREET
MAILING ADDRESS: SAME
CITY AND ZIP CODE: SAN BERNARDINO, CA 92415
BRANCH NAME: CIVIL

PLAINTIFF/PETITIONER:  ERIC TRIONFI

DEFENDANT/RESPONDENT:  BIG BEAR CITY, SAN BERNARDINO COUNTY, SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT,

CASE NUMBER:
CIVSB2328364

Ref. No. or File No.:

**PROOF OF SERVICE OF SUMMONS**

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ summons
   b. ☒ complaint
   c. ☒ Alternative Dispute Resolution (ADR) package
   d. ☒ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☐ other *(specify documents)*:

3. a. Party served *(specify name of party as shown on documents served)*:
      SANDRA CADES - office specialist

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   655 E 3rd St San Bernardino CA 92415

5. I served the party *(check proper box)*
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 8/6/2024    (2) at *(time)*: 4:25 pm
   b. ☐ **by substituted service.** On *(date)*:     at *(time)*:     I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:     from *(city)*:     or ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

CEB® | Essential
ceb.com | Forms™

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

Trionfi, Eric

| PLAINTIFF/PETITIONER: ERIC TRIONFI | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: BIG BEAR CITY, SAN BERNARDINO COUNTY, | CIVSB2328364 |

5.  c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1)  on *(date)* :        (2)   from *(city)* :

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.

  b. ☐ as the person sued under the fictitious name of *(specify)* :

  c. ☐ as occupant.

  d. ☒ On behalf of *(specify)* :

    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)        ☐ 415.95 (business organization, form unknown)

    ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)

    ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)

    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)

    ☒ 416.50 (public entity)        ☐ 415.46 (occupant)

                      ☐ other:

7.  **Person who served papers**

  a. Name: Chanlor Culkin

  b. Address: 3890 11th Street, #500, Riverside, CA 92501

  c. Telephone number: 951.384.5860

  d. **The fee for service was:** $

  e. I am:

    (1) ☒ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☐ registered California process server:

      (i) ☐ owner   ☐ employee   ☐ independent contractor.

      (ii) Registration No.:

      (iii) County:

8.  ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9.  ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 8/6/2024

Chanlor Culkin
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ _____
(SIGNATURE)

CEB Essential Forms
ceb.com

Trionfi, Eric

# EXHIBIT E

# SUMMONS
## (CITACION JUDICIAL)

**SUM-100**

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO CIVIL DIVISION

MAY - 9 2024

BY_____
VERONICA GONZALEZ, DEPUTY

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
BIG BEAR CITY, a public entity, SAN BERNARDINO COUNTY, a public entity,
SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, a public entity, Alec Ramirez,
individually and as a Deputy Sheriff, Cody Blackwell, individually and as a
deputy sheriff, Nicholas Bale, individually and as a deputy sheriff, Scott Abernathy, individually and as a

**YOU ARE BEING SUED BY PLAINTIFF:** deputy sheriff, and DOES 1-100

*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
ERIC TRIONFI

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site *(www.lawhelpcalifornia.org)*, the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

**CASE NUMBER**
*(Número del Caso):*
CIVSB2328364

SUPERIOR COURT OF THE STATE OF CALIFORNIA
247 W. 3RD STREET
SAN BERNARDINO, CA 92415

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
EUGENE CARSON 236559 THE CARSON LAW FIRM
3890 11TH STREET, #500 (951) 384-5860
RIVERSIDE, CA 92501

DATE: MAY -9 2024      Clerk, by **VERONICA GONZALEZ** , Deputy
*(Fecha)*                *(Secretario)* _____ *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010)*.)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

Copy

**NOTICE TO THE PERSON SERVED:** You are served
1. ☒ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☐ on behalf of *(specify)*:
   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify)*:
4. ☒ by personal delivery on *(date)*: 8/6/2024

**Page 1 of 1**

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

CEB Essential Forms
ceb.com

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov


Trionfi, Eric

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| — EUGENE CARSON                                    236559<br>THE CARSON LAW FIRM<br>3890 11TH STREET, #500<br>RIVERSIDE, CA 92501<br>TELEPHONE NO.: (951) 384-5860    FAX NO. *(Optional)*: (888) 449-0561<br>E-MAIL ADDRESS *(Optional)*:   THECARSONLAW@GMAIL.COM<br>ATTORNEY FOR *(Name)*:  Eric Trionfi | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SAN BERNARDINO |
|---|
| STREET ADDRESS: 247 W. 3RD STREET |
| MAILING ADDRESS: SAME |
| CITY AND ZIP CODE: SAN BERNARDINO, CA 92415 |
| BRANCH NAME: CIVIL |

| PLAINTIFF/PETITIONER:    ERIC TRIONFI | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:   BIG BEAR CITY, SAN BERNARDINO COUNTY,<br>SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, | CIVSB2328364 |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [X] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents)*:

3. a. Party served *(specify name of party as shown on documents served)*:
      Sandra Capes - office specialst

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
      655 E 3rd St San Bernardio, CA 92415

5. I served the party *(check proper box)*
   a. [X] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 8/6/2024    (2) at *(time)*: 4:25 PM
   b. [ ] by substituted service. On *(date)*:          at *(time)*:          I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:          from *(city)*:          or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| | Page 1 of 2 |
|---|---|

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]    CEB Essential Forms   ceb.com

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

Trionfi, Eric

| PLAINTIFF/PETITIONER: ERIC TRIONFI | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: BIG BEAR CITY, SAN BERNARDINO COUNTY, | CIVSB2328364 |

5.  c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
    (1)  on *(date)*:                              (2)  from *(city)*:
    (3)  ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*) (Code Civ. Proc., § 415.30.)*
    (4)  ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
    d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
    a. ☐ as an individual defendant.
    b. ☐ as the person sued under the fictitious name of *(specify)*:
    c. ☐ as occupant.
    d. ☒ On behalf of *(specify)*:
       under the following Code of Civil Procedure section:
       ☐ 416.10 (corporation)                      ☐ 415.95 (business organization, form unknown)
       ☐ 416.20 (defunct corporation)              ☐ 416.60 (minor)
       ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
       ☐ 416.40 (association or partnership)        ☐ 416.90 (authorized person)
       ☒ 416.50 (public entity)                     ☐ 415.46 (occupant)
                                                     ☐ other:

7.  **Person who served papers**
    a. Name: Chanlor Culkin
    b. Address: 3890 11th Street, #500, Riverside, CA 92501
    c. Telephone number: 951.384.5860
    d. The fee for service was: $
    e. I am:
       (1) ☒ not a registered California process server.
       (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
       (3) ☐ registered California process server:
          (i)  ☐ owner  ☐ employee  ☐ independent contractor.
          (ii)  Registration No.:
          (iii)  County:

8.  ☒ I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or

9.  ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 8/6/2024

Chanlor Culkin
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ _____
(SIGNATURE)

POS-010 [Rev. January 1, 2007]

CEB® **Essential**
ceb.com **Forms**

**PROOF OF SERVICE OF SUMMONS**

Page 2 of 2

Trionfi, Eric

# EXHIBIT F

**SUMMONS**

*(CITACION JUDICIAL)*

SUM-100

| | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

BIG BEAR CITY, a public entity, SAN BERNARDINO COUNTY, a public entity,
SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, a public entity, Alec Ramirez,
individually and as a Deputy Sheriff, Cody Blackwell, individually and as a
deputy sheriff, Nicholas Cook, individually and as a deputy sheriff, Scott Abernathy, individually and as a

**YOU ARE BEING SUED BY PLAINTIFF:** deputy sheriff, and DOES 1-100

*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
ERIC TRIONFI

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO CIVIL DIVISION

MAY - 9 2024

BY: VERONICA GONZALEZ, DEPUTY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site *(www.lawhelpcalifornia.org)*, the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

CASE NUMBER
*(Número del Caso):*
CIVSB2328364

SUPERIOR COURT OF THE STATE OF CALIFORNIA
247 W. 3RD STREET
SAN BERNARDINO, CA 92415

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
EUGENE CARSON 236559 THE CARSON LAW FIRM
3890 11TH STREET, #500 (951) 384-5860
RIVERSIDE, CA 92501

DATE: MAY - 9 2024    Clerk, by VERONICA GONZALEZ , Deputy
*(Fecha)*    *(Secretario)*    *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).)*
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, *(POS-010)).*

[SEAL]

Copy

**NOTICE TO THE PERSON SERVED:** You are served
1. ☒ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*
    under: ☐ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
    ☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
    ☐ CCP 416.40 (association or partnership)     ☐ CCP 416.90 (authorized person)
    ☐ other *(specify):*
4. ☒ by personal delivery on *(date):* 8/6/2024

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]
CEB Essential Forms ceb.com

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Trionfi, Eric

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| EUGENE CARSON    236559<br>THE CARSON LAW FIRM<br>3890 11TH STREET, #500<br>RIVERSIDE, CA 92501<br>TELEPHONE NO.: (951) 384-5860    FAX NO. *(Optional):* (888) 449-0561<br>E-MAIL ADDRESS *(Optional):*    THECARSONLAW@GMAIL.COM<br>ATTORNEY FOR *(Name):*  Eric Trionfi | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**   SAN BERNARDINO
STREET ADDRESS: 247 W. 3RD STREET
MAILING ADDRESS: SAME
CITY AND ZIP CODE: SAN BERNARDINO, CA 92415
BRANCH NAME: CIVIL

| PLAINTIFF/PETITIONER:   ERIC TRIONFI | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:   BIG BEAR CITY, SAN BERNARDINO COUNTY,<br>SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, | CIVSB2328364 |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1.  At the time of service I was at least 18 years of age and not a party to this action.
2.  I served copies of:
    a.  ☒ summons
    b.  ☒ complaint
    c.  ☒ Alternative Dispute Resolution (ADR) package
    d.  ☒ Civil Case Cover Sheet *(served in complex cases only)*
    e.  ☐ cross-complaint
    f.  ☐ other *(specify documents)* :

3.  a.  Party served *(specify name of party as shown on documents served)*:
        Sandra Capes - Office Specelist

    b.  ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4.  Address where the party was served:
    655 E 3rd St San Bernardino CA 92415

5.  I served the party *(check proper box)*
    a.  ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 8/6/2024          (2) at *(time):* 4:25 pm
    b.  ☐ **by substituted service.** On *(date)* :          at *(time)* :          I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

        (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
        (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
        (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
        (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)* :          from *(city):*          or ☐ a declaration of mailing is attached.
        (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | CEB Essential Forms<br>ceb.com | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

Trionfi, Eric

| PLAINTIFF/PETITIONER: ERIC TRIONFI | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: BIG BEAR CITY, SAN BERNARDINO COUNTY, | CIVSB2328364 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1)  on *(date)* :        (2)   from *(city)* :

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

  ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.

  b. ☐ as the person sued under the fictitious name of *(specify)* :

  c. ☐ as occupant.

  d. ☒ On behalf of *(specify)* :

    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☒ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**

  a. Name: Chanlor Culkin

  b. Address: 3890 11th Street, #500, Riverside, CA 92501

  c. Telephone number: 951.384.5860

  d. The fee for service was: $

  e. I am:

    (1) ☒ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☐ registered California process server:

      (i) ☐ owner  ☐ employee  ☐ independent contractor.

      (ii) Registration No.:

      (iii) County:

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 8/6/2024

Chanlor Culkin
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ _____ (SIGNATURE)

POS-010 [Rev. January 1, 2007]

CEB Essential Forms
ceb.com

**PROOF OF SERVICE OF SUMMONS**

Page 2 of 2

Trionfi, Eric

# EXHIBIT G

**SUMMONS**
**(CITACION JUDICIAL)**

SUM-100

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):**
BIG BEAR CITY, a public entity, SAN BERNARDINO COUNTY, a public entity, SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, a public entity, Alec Ramirez, individually and as a Deputy Sheriff, Cody Blackwell, individually and as a deputy sheriff, Nicholas Bell, individually and as a deputy sheriff, Scott Abernethy, individually and as a deputy sheriff, and DOES 1-100

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**
ERIC TRIONFI

RECEIVED
SAN BERNARDINO SHERIFF
CIVIL LIABILITIES
'G-7 AM 3:02

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO CIVIL DIVISION

MAY - 9 2024

BY VERONICA GONZALEZ, DEPUTY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡**AVISO!** Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
(El nombre y dirección de la corte es):

CASE NUMBER
(Número del Caso):
CIVSB2328364

SUPERIOR COURT OF THE STATE OF CALIFORNIA
247 W. 3RD STREET
SAN BERNARDINO, CA 92415

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
EUGENE CARSON 236559 THE CARSON LAW FIRM
3890 11TH STREET, #500 (951) 384-5860
RIVERSIDE, CA 92501

DATE:
(Fecha)    MAY - 9 2024    Clerk, by    VERONICA GONZALEZ    , Deputy
(Secretario)    (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

[SEAL]

Copy

**NOTICE TO THE PERSON SERVED:** You are served
1. ☒ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☐ on behalf of (specify):
   under: ☐ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
   ☐ other (specify):
4. ☒ by personal delivery on (date): 8/6/2024

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

CEB Essential Forms
ceb.com

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Trionfi, Eric

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| — EUGENE CARSON<br>THE CARSON LAW FIRM<br>3890 11TH STREET, #500<br>RIVERSIDE, CA 92501     236559 | |

TELEPHONE NO.: (951) 384-5860    FAX NO. *(Optional)*: (888) 449-0561
E-MAIL ADDRESS *(Optional)*:    THECARSONLAW@GMAIL.COM
ATTORNEY FOR *(Name)*:  Eric Trionfi

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**  SAN BERNARDINO
STREET ADDRESS: 247 W. 3RD STREET
MAILING ADDRESS: SAME
CITY AND ZIP CODE: SAN BERNARDINO, CA 92415
BRANCH NAME: CIVIL

| PLAINTIFF/PETITIONER:  ERIC TRIONFI | CASE NUMBER:<br>CIVSB2328364 |
|---|---|
| DEFENDANT/RESPONDENT:  BIG BEAR CITY, SAN BERNARDINO COUNTY,<br>SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1.  At the time of service I was at least 18 years of age and not a party to this action.
2.  I served copies of:
    a.  ☒  summons
    b.  ☒  complaint
    c.  ☒  Alternative Dispute Resolution (ADR) package
    d.  ☒  Civil Case Cover Sheet *(served in complex cases only)*
    e.  ☐  cross-complaint
    f.  ☐  other *(specify documents)*:

3.  a.  Party served *(specify name of party as shown on documents served)*:
        SANDY CARES – Office Specialist

    b.  ☐  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made)*(specify name and relationship to the party named in item 3a)*:

4.  Address where the party was served:
    655 E 3rd St San Bernardino CA 92415

5.  I served the party *(check proper box)*
    a.  ☒  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 8/6/2024    (2) at *(time)*: 4:25PM
    b.  ☐  **by substituted service.** On *(date)*:         at *(time)*:         I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

        (1)  ☐  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
        (2)  ☐  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
        (3)  ☐  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
        (4)  ☐  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:         from *(city)*:         or ☐ a declaration of mailing is attached.
        (5)  ☐  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | CEB Essential Forms<br>ceb.com | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

Trionfi, Eric

| PLAINTIFF/PETITIONER: ERIC TRIONFI | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: BIG BEAR CITY, SAN BERNARDINO COUNTY, | CIVSB2328364 |

5.  c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)* :               (2)   from *(city)* :

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*) (Code Civ. Proc., § 415.30.)*

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.

  b. ☐ as the person sued under the fictitious name of *(specify)* :

  c. ☐ as occupant.

  d. ☒ On behalf of *(specify)* :

    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☒ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7.  **Person who served papers**

  a. Name: Chanlor Culkin

  b. Address: 3890 11th Street, #500, Riverside, CA 92501

  c. Telephone number: 951.384.5860

  d. The fee for service was: $

  e. I am:

    (1) ☒ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☐ registered California process server:

      (i) ☐ owner ☐ employee ☐ independent contractor.

      (ii) Registration No.:

      (iii) County:

8.  ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  or

9.  ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 8/6/2024

Chanlor Culkin
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ _____ (SIGNATURE)

POS-010 [Rev. January 1, 2007]

CEB Essential Forms
ceb.com

**PROOF OF SERVICE OF SUMMONS**

Page 2 of 2

Trionfi, Eric

# EXHIBIT H

# SUMMONS
## (CITACION JUDICIAL)

**SUM-100**

**FOR COURT USE ONLY**
**(SOLO PARA USO DE LA CORTE)**

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):**

BIG BEAR CITY, a public entity, SAN BERNARDINO COUNTY, a public entity, SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, a public entity, Alec Ramirez, individually and as a Deputy Sheriff, Cody Blackwell, individually and as a Deputy Sheriff, Nicholas Bell, individually and as a deputy sheriff, Scott Abernathy, individually and as a

**YOU ARE BEING SUED BY PLAINTIFF:** deputy sheriff, and DOES 1-100
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**

ERIC TRIONFI

RECEIVED
SAN BERNARDINO SHERIFF
CIVIL LIABILITIES DIV.
8:02

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO CIVIL DIVISION

MAY - 9 2024

BY VERONICA GONZALEZ, DEPUTY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
(El nombre y dirección de la corte es):

SUPERIOR COURT OF THE STATE OF CALIFORNIA
247 W. 3RD STREET
SAN BERNARDINO, CA 92415

**CASE NUMBER**
**(Número del Caso):**
CIVSB2328364

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
EUGENE CARSON 236559 THE CARSON LAW FIRM
3890 11TH STREET, #500 (951) 384-5860
RIVERSIDE, CA 92501

DATE:
(Fecha)    MAY - 9 2024    Clerk, by    VERONICA GONZALEZ    , Deputy
(Secretario)    (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

[SEAL]    **NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

Copy

3. ☒ on behalf of (specify): San Bernardino County Sheriff's Department, a Public entity
under: ☐ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
☒ other (specify): CCP 416.50 (Public Entity)
4. ☒ by personal delivery on (date): 8/6/2024

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

CEB Essential Forms
ceb.com

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Trionfi, Eric

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

EUGENE CARSON                                                236559
THE CARSON LAW FIRM
3890 11TH STREET, #500
RIVERSIDE, CA 92501
TELEPHONE NO.: (951) 384-5860    FAX NO. (Optional): (888) 449-0561
E-MAIL ADDRESS (Optional): THECARSONLAW@GMAIL.COM
ATTORNEY FOR (Name): Eric Trionfi

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SAN BERNARDINO
STREET ADDRESS: 247 W. 3RD STREET
MAILING ADDRESS: SAME
CITY AND ZIP CODE: SAN BERNARDINO, CA 92415
BRANCH NAME: CIVIL

PLAINTIFF/PETITIONER:  ERIC TRIONFI

DEFENDANT/RESPONDENT:  BIG BEAR CITY, SAN BERNARDINO COUNTY, SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT,

CASE NUMBER:
CIVSB2328364

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [X] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents)* :

3. a. Party served *(specify name of party as shown on documents served)*:
   Sandra Capes- Office Specalist

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   655 E. 3rd St San Bernardino, CA 92415

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 8/6/2024    (2) at *(time)*: 4:25 pm
   b. [ ] **by substituted service.** On *(date)* :          at *(time)* :          I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)* :          from *(city)*:          or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]    CEB® Essential Forms™    ceb.com

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

Trionfi, Eric

| PLAINTIFF/PETITIONER: ERIC TRIONFI | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:BIG BEAR CITY, SAN BERNARDINO COUNTY, | CIVSB2328364 |

5.  c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1)  on *(date)* :                     (2)   from *(city)* :

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.

  b. ☐ as the person sued under the fictitious name of *(specify)* :

  c. ☐ as occupant.

  d. ☒ On behalf of *(specify)* :

    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☒ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7.  **Person who served papers**

  a.  Name: Chanlor Culkin

  b.  Address: 3890 11th Street, #500, Riverside, CA 92501

  c.  Telephone number: 951.384.5860

  d.  The fee for service was: $

  e.  I am:

    (1) ☒ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☐ registered California process server:

      (i) ☐ owner ☐ employee ☐ independent contractor.

      (ii) Registration No.:

      (iii) County:

8.  ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  or

9.  ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 8/6/2024

Chanlor Culkin
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ _____
(SIGNATURE)

POS-010 [Rev. January 1, 2007]

**CEB Essential Forms**
ceb.com

**PROOF OF SERVICE OF SUMMONS**

Page 2 of 2

Trionfi, Eric

# EXHIBIT I

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| EUGENE CARSON 236559<br>THE CARSON LAW FIRM<br>3890 11TH STREET, #500<br>RIVERSIDE, CA 92501<br>TELEPHONE NO.: (951) 384-5860   FAX NO.: (888) 449-0561<br>ATTORNEY FOR *(Name)*: Eric Trionfi | FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SAN BERNARDINO<br>SAN BERNARDINO CIVIL DIVISION<br>NOV 27 2023<br>BY _____<br>VERONICA GONZALEZ, DEPUTY |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN BERNARDINO
STREET ADDRESS: 247 W. 3RD STREET
MAILING ADDRESS: SAME
CITY AND ZIP CODE: SAN BERNARDINO, CA 92415
BRANCH NAME: CIVIL

CASE NAME: TRIONFI v. BIG BEAR CITY et. al.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [X] Unlimited    [ ] Limited<br>(Amount     (Amount<br>demanded    demanded is<br>exceeds $25,000) $25,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>*(Cal. Rules of Court, rule 3.402)* | CIVSB 2328364<br>JUDGE:<br>DEPT.: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [X] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation**
*(Cal. Rules of Court, rules 3.400-3.403)*
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply)*: a. [X] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [X] punitive
4. Number of causes of action *(specify)*: seven
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 11/23/2023

EUGENE CARSON
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

CEB | Essential Forms
ceb.com

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

Trionfi, Eric

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)-Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
Asbestos (04)
Asbestos Property Damage
Asbestos Personal Injury/Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
Medical Malpractice-Physicians & Surgeons
Other Professional Health Care Malpractice
Other PI/PD/WD (23)
Premises Liability (e.g., slip and fall)
Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
Intentional Infliction of Emotional Distress
Negligent Infliction of Emotional Distress
Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
Legal Malpractice
Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
Contract/Warranty Breach-Seller Plaintiff *(not fraud or negligence)*
Negligent Breach of Contract/Warranty
Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
Collection Case-Seller Plaintiff
Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
Auto Subrogation
Other Coverage
Other Contract (37)
Contractual Fraud
Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
Writ of Possession of Real Property
Mortgage Foreclosure
Quiet Title
Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
Writ-Administrative Mandamus
Writ-Mandamus on Limited Court Case Matter
Writ-Other Limited Court Case Review
Other Judicial Review (39)
Review of Health Officer Order
Notice of Appeal-Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400-3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
Abstract of Judgment (Out of County)
Confession of Judgment *(non-domestic relations)*
Sister State Judgment
Administrative Agency Award *(not unpaid taxes)*
Petition/Certification of Entry of Judgment on Unpaid Taxes
Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
Declaratory Relief Only
Injunctive Relief Only *(non-harassment)*
Mechanics Lien
Other Commercial Complaint Case *(non-tort/non-complex)*
Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
Civil Harassment
Workplace Violence
Elder/Dependent Adult Abuse
Election Contest
Petition for Name Change
Petition for Relief from Late Claim
Other Civil Petition

CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Page 2 of 2

Trionfi, Eric

# EXHIBIT J



**SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN BERNARDINO**
San Bernardino District
247 West 3rd St
San Bernardino CA  92415
www.sb-court.org
909-708-8678

| Trionfi -v- Big Bear City | |
|---|---|
| **NOTICE OF TRIAL SETTING CONFERENCE and NOTICE OF CASE ASSIGNMENT** | Case Number<br>CIVSB2328364 |

The Carson Law Firm
3890 11th Street
Suite 103
Riverside CA  92501

This case has been assigned to:  Michael A Sachs in Department S28 - SBJC for all purposes.

Notice is hereby given that the above-entitled case has been set for Trial Setting Conference on:

Hearing Date:  05/28/2024  at 8:30 AM in Department S28 - SBJC

Date:  11/27/2023                                        By: _____
                                                              Veronica Gonzalez, Deputy Clerk

------------------------------------------------------------------------------------

CERTIFICATE OF SERVICE

I am a Deputy Clerk of the Superior Court for the County of San Bernardino at the above-listed address.  I am not a party to this action and on the date and place shown below, I served a copy of the above-listed notice by:

☐  Enclosed in a sealed envelope mailed to the interested party addressed above for collection and mailing this date, following standard Court practices.

☐  Enclosed in a sealed envelope, first class postage prepaid in the U.S. mail at the location shown above, mailed to the interested party and addressed as shown above or as shown on the attached listing.

☐  A copy of this notice was given to the filing party at the counter.

☑  A copy of this notice was placed in the bin located at this office and identified as the location for the above law firm's collection of file-stamped documents.

Date of Mailing:  11/27/2023

I declare under penalty of perjury that the forgoing is true and correct.  Executed on 11/27/2023 at San Bernardino, CA.

By: _____
     Veronica Gonzalez, Deputy Clerk

# EXHIBIT K



**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF SAN BERNARDINO**
San Bernardino District
247 West 3rd St
San Bernardino CA 92415
www.sb-court.org
909-708-8678

| Trionfi -v- Big Bear City | |
| --- | --- |
| **NOTICE OF RETURN OF DOCUMENT(S)** | Case Number |
| | CIVSB2328364 |

To:  The Carson Law Firm
     3890 11th Street
     Suite 103
     Riverside Ca 92501

Documents are being returned for the following reason(s):

Summons:  All names must match Complaint exactly.

**Please keep this notice attached when resubmitting.  Thank you.**

Date: 11/27/2023                    By:   Veronica Gonzalez, Deputy Clerk

------------------------------------------------------------------------

CERTIFICATE OF SERVICE

I am a Deputy Clerk of the Superior Court for the County of San Bernardino at the above listed address.  I am not a party to this action and on the date and place shown below, I served a copy of the above listed notice by:

☒  Enclosed in a sealed envelope mailed to the interested party addressed above for collection and mailing this date, following standard Court practices.

☐  Enclosed in a sealed envelope, first class postage prepaid in the U.S. mail at the location shown above, mailed to the interested party and addressed as shown above or as shown on the attached listing.

☐  A copy of this notice was given to the filing party at the counter.

☐  A copy of this notice was placed in the bin located at this office and identified as the location for the above law firm's collection of file stamped documents.

Date of Mailing:  11/27/2023

I declare under penalty of perjury that the forgoing is true and correct.

Executed on 11/27/2023 at San Bernardino

                              By:   *Veronica Gonzalez*
                                    Veronica Gonzalez, Deputy Clerk

------------------------------------------------------------------------

NOTICE RETURNING DOCUMENT(S)

# EXHIBIT L



**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF SAN BERNARDINO**
**San Bernardino District**
**247 West 3rd St**
**San Bernardino, CA 92415**
**www.sb-court.org**

# PORTAL MINUTE ORDER

Case Number: CIVSB2328364                                    Date: 5/28/2024

Case Title:   **Trionfi**
              **-v-**
              **Big Bear City et al**

---

**Department S28 - SBJC**         **Date: 5/28/2024**     **Time: 8:30 AM**     **Trial Setting Conference**

---

Judicial Officer: Michael A Sachs
Judicial Assistant: Valerie Uruena
Court Reporter: Not Reported or Recorded
Court Attendant: Mariama Perryman
8:36 AM


**Appearances**
Attorney Drew Burford makes a special appearance for Plaintiff's Counsel

**Proceedings**
Party appeared by audio and/or video


**Hearings**
Order to Show Cause Re: Dismissal set for 12/3/2024 at 8:30 AM in Department S28 - SBJC
of unserved defendants

Notice to be given by Plaintiff's Counsel

**== Minute Order Complete ==**

# EXHIBIT M

# FW-003  Order on Court Fee Waiver (Superior Court)

*Clerk stamps date here when form is filed.*

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO CIVIL DIVISION

NOV 2 7 2023

BY
VERONICA GONZALEZ, DEPUTY

**(1)  Person who asked the court to waive court fees:**
Name: Eric Trionfi
Street or mailing address: 501 Irving Way
City: Big Bear City   State: CA  Zip: 92314

**(2)  Lawyer, if person in (1) has one** *(name, firm name, address, phone number, e-mail, and State Bar number):*
Eugene Carson, THE CARSON LAW FIRM
3890 11TH STREET, #500
RIVERSIDE, CA 92501
951.384.5860, THECARSONLAW@GMAIL.COM
SBN: 236559

*Fill in court name and street address:*

**Superior Court of California, County of**
SAN BERNARDINO
247 W. 3RD STREET
SAME
SAN BERNARDINO, CA 92415
CIVIL

**(3)**  A request to waive court fees was filed on *(date):* 11/27/2023

☐ The court made a previous fee waiver order in this case on *(date):*
_____

*Fill in case number and name:*

Case Number: CIV SB 2328364

**Case Name:**
TRIONFI v. BIG BEAR CITY et. al.

*Read this form carefully. All checked boxes* ☑ *are court orders.*  #435

**Notice:** The court may order you to answer questions about your finances and later order you to pay back the waived fees. If this happens and you do not pay, the court can make you pay the fees and also charge you collection fees. If there is a change in your financial circumstances during this case that increases your ability to pay fees and costs, you must notify the trial court within five days. (Use form FW-010.) If you win your case, the trial court may order the other side to pay the fees. If you settle your civil case for **$10,000** or more, the trial court will have a lien on the settlement in the amount of the waived fees. The trial court may not dismiss the case until the lien is paid.

**(4)**  After reviewing your:   ☒ *Request to Waive Court Fees*   ☐ *Request to Waive Additional Court Fees*
**the court makes the following orders:**

a.  ☑ The court **grants** your request, as follows:

   (1)  ☑ **Fee Waiver.** The court grants your request and waives your court fees and costs listed below. *(Cal. Rules of Court, rule 3.55 and 8.818.)* You do not have to pay the court fees for the following:
   - Filing papers in superior court
   - Making copies and certifying copies
   - Sheriff's fee to give notice
   - Court fee for phone hearing
   - Giving notice and certificates
   - Sending papers to another court department
   - Reporter's fee for attendance at hearing or trial, if the court is not electronically recording the proceeding and you request that the court provide an official reporter
   - Assessment for court investigations under Probate Code section 1513, 1826, or 1851
   - Preparing, certifying, copying, and sending the clerk's transcript on appeal
   - Holding in trust the deposit for a reporter's transcript on appeal under rule 8.130 or 8.834
   - Making a transcript or copy of an official electronic recording under rule 8.835

   (2)  ☐ **Additional Fee Waiver.** The court grants your request and waives your additional superior court fees and costs that are checked below. *(Cal. Rules of Court, rule 3.56.)* You do not have to pay for the checked items.
   ☐ Jury fees and expenses
   ☐ Fees for court-appointed experts
   ☐ Other *(specify):* _____
   ☐ Fees for a peace officer to testify in court
   ☐ Court-appointed interpreter fees for a witness

Judicial Council of California, www.courts.ca.gov
Revised September 1, 2019, Mandatory Form
Government Code, § 68634(e)
Cal. Rules of Court, rule 3.52

CEB® Essential Forms
ceb.com

**Order on Court Fee Waiver (Superior Court)**   FW-003, Page 1 of 3

Trionfi, Eric

Your name: Eric Trionfi

Case Number:
CIV SB 2 3 2 8 3 6 4

b. ☐ The court **denies** your fee waiver request because:

> **Warning!** If you miss the deadline below, the court cannot process your request for hearing or the court papers you filed with your original request. If the papers were a notice of appeal, the appeal may be dismissed.

(1) ☐ Your request is incomplete. You have **10 days** after the clerk gives notice of this Order (see date of service on next page) to:
  - Pay your fees and costs, or
  - File a new revised request that includes the incomplete items listed:
    ☐ Below   ☐ On Attachment 4b(1)

_____

_____

_____

_____

(2) ☐ The information you provided on the request shows that you are not eligible for the fee waiver you requested for the reasons stated:   ☐ Below   ☐ On Attachment 4b(2)

_____

_____

_____

_____

_____

The court has enclosed a blank *Request for Hearing About Court Fee Waiver Order (Superior Court)* (form FW-006). You have **10 days** after the clerk gives notice of this order (see date of service below) to:
  - Pay your fees and costs in full or the amount listed in c below, or
  - Ask for a hearing in order to show the court more information. *(Use form FW-006 to request hearing.)*

c. (1) ☐ The court needs more information to decide whether to grant your request. You must go to court on the date on page 3. The hearing will be about the questions regarding your eligibility that are stated:
    ☐ Below   ☐ On Attachment 4c(1)

_____

_____

_____

_____

(2) ☐ Bring the items of proof to support your request, if reasonably available, that are listed:
    ☐ Below   ☐ On Attachment 4c(2)

_____

_____

_____

_____

_____

_____

**This is a Court Order.**

Rev. September 1, 2019

CEB Essential Forms
ceb.com

**Order on Court Fee Waiver (Superior Court)**

FW-003, Page 2 of 3

Trionfi, Eric

Your name: Eric Trionfi

Case Number:
CIV SB 2 3 2 8 3 6 4

Name and address of court if different from above:

_____

**Hearing Date** → Date: _____ Time: _____  _____

Dept.: _____ Room: _____  _____

_____

**Warning!** If item c(1) is checked, and you do not go to court on your hearing date, the judge will deny your request to waive court fees, and you will have 10 days to pay your fees. If you miss that deadline, the court cannot process the court papers you filed with your request. If the papers were a notice of appeal, the appeal may be dismissed.

Date: _____ NOV 2 7 2023 _____          _____ VERONICA GONZALEZ _____

Signature of (check one):  ☐ Judicial Officer   ☑ Clerk, Deputy

## Request for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office for *Request for Accommodations by Persons With Disabilities and Response* (form MC-410). (Civ. Code, § 54.8.)

## Clerk's Certificate of Service

I certify that I am not involved in this case and *(check one):*

☑ I handed a copy of this Order to the party and attorney, if any, listed in ① and ②, at the court, on the date below.

☐ This order was mailed first class, postage paid, to the party and attorney, if any, at the addresses listed in ① and ②, from *(city):* _____ , California on the date below.
☐ A certificate of mailing is attached.

Date: _____ NOV 2 7 2023 _____

Clerk, by _____ , Deputy
Name: _____ VERONICA GONZALEZ _____

**This is a Court Order.**